Richard M. RYAN (individually and derivatively on behalf of VJC, LLC, also formerly known as Voyager Jet Center, LLC), Respondents

v.

James J. DOLAN; Michael Dolan; Charles P. Falce; W. Dean Genge; Douglas L. Hein; Voyager Group, LP; 1776 Holdings, LLC; Voyager Jet Center, LLC; Voyager Jet Charter Services, LLC; Voyager Jet Charter Services, Inc.; Voyager Jet Fuelers, LLC; Jet Access, LLC; Does 1–10, Petitioners.

Supreme Court of Pennsylvania.

July 2, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of July, 2014, the Petition for Allowance of Appeal and Motion for Leave to File Reply in Support of Petition for Allowance of Appeal are **DENIED.**